ELIZABETH HAYDEN, Administratrix, etc., of THOMAS HAYDEN, Deceased, Respondent, v. EUGENE MERRELL, Appellant.— Motion for reargument denied,

with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.